## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**KENDRICK D. ADDISON**
**a/k/a CHILL,**

    **Petitioner,**

v.                                               Case No.:  5:10cv39/MCR/EMT

**KENNETH S. TUCKER,**

    **Respondent.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 8, 2012 (doc. 24).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.[1]

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    3.    The plaintiff's Motion to Schedule Evidentiary Hearing and for Appointment of Counsel (doc. 28) is **DENIED.**

---

[1] The court notes that the record does not support the plaintiff's contention in his objections to the Report and Recommendation that his attorney advised him to reject a two-year plea agreement offered by the State.

4.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 27th day of August, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 5:10cv39/MCR/EMT*